4262.   HENRY *v.* THE STATE.

RUSSELL, J.   The evidence of an incriminating character depending solely upon the testimony of an accomplice, and there being no sufficient circumstance of corroboration aliunde the testimony of the accomplice, connecting the accused with the offense, the verdict was unauthorized.
*Judgment reversed. Pottle, J., dissents.*
DECIDED FEBRUARY 4, 1913.

Indictment for larceny; from Worth superior court—Judge Frank Park.   May 11, 1912.

*Tison & Bell,* for plaintiff in error.

*W. E. Wooten, solicitor-general, J. H. Tipton,* contra.

POTTLE, J., dissenting.   Sufficient facts and circumstances appeared from the testimony of other witnesses to corroborate the positive testimony of the accomplice in reference to the guilt of the accused.   The evidence was sufficient to authorize instruction on the subject of conspiracy, and, while not conclusive of the guilt of the accused, was sufficient to authorize his conviction.